■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GRIMALDI, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated April 16, 1962, which denied, without a hearing, his application to vacate a judgment rendered by said court on July 9, 1956, after a jury trial, convicting him of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and *resentencing* him as a first felony offender to serve a term of 10 to 20 years. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT PEARSON, Appellant.— In a *coram nobis* proceeding, defendant appeals from two orders of the County Court, Queens County, dated April 18, 1962, which respectively denied, without a hearing, his application to vacate (1) a judgment of said court, rendered June 24, 1960 on his plea of guilty, convicting him of attempted rape in the first degree and assault in the second degree, and (2) a judgment of said court rendered June 24, 1960 on his plea of guilty, convicting him of robbery in the second degree. Sentence was suspended on the conviction for attempted rape, and defendant was sentenced to consecutive terms of 2½ to 5 years on the conviction for assault in the second degree, and 7½ to 15 years on the conviction for robbery in the second degree. Orders affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.